UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

*******************************************

JOHN NEIL CASE, III
And SARA A. LIESTER,
Plenary guardian
      Plaintiff,

V.

AMGRAPH PACKAGING, INC.
      Defendant.

*******************************************

CIVIL NO. 300 CV 2098 (SRU)

2003 NOV -7 P 12: 25

US DISTRICT COURT
BRIDGEPORT CT

OCTOBER 30, 2003

### STIPULATION

The parties have settled this case and stipulate to a withdrawal with prejudice.

THE COMPLAINANTS,
JOHN NEIL CASE, III and SARA A.
LIESTER, Plenary Guardian

_____
David K. Jaffe, Esq.   CT 04640
Eisenberg, Anderson, Michalik & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950


THE DEFENDANT,
AMGRAPH PACKAGING, INC.

_____
Warren L. Holcomb, Esq.
Berchem, Moses & Devlin P.C.
75 Broad Street
Milford, Connecticut 06460
(203) 783-1200
Fed. I.D. #Ct04095