UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -7 P 12: 25

US DISTRICT COURT
BRIDGEPORT CT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN NEIL CASE, III
And SARA A. LIESTER,
Plenary guardian

          Plaintiff,

V.

AMGRAPH PACKAGING, INC.

          Defendant.

CIVIL NO. 300 CV 2098 (SRU)

OCTOBER 30, 2003

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION

The parties have settled this case and stipulate to a withdrawal with prejudice.

THE COMPLAINANTS,
JOHN NEIL CASE, III and SARA A.
LIESTER, Plenary Guardian

David K. Jaffe, Esq.
Eisenberg, Anderson, Michalik & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950

THE DEFENDANT,
AMGRAPH PACKAGING, INC.

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin P.C.
75 Broad Street
Milford, Connecticut 06460
(203) 783-1200
Fed. I.D. #Ct04095

APPROVED. The case is hereby dismissed with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
11/20/03

2003 NOV 21 A 9: 29

US DISTRICT COURT
BRIDGEPORT CT